Les J Weinstein (State Bar No. 36727)
William J. Brutocao (State Bar No. 75959)
A. Eric Bjorgum (State Bar No. 198392)
SHELDON MAK ROSE & ANDERSON PC
100 East Corson Street, Third Floor
Pasadena, California 91103-3842
Telephone: (626) 796-4000
Facsimile:  (626) 795-6321
E-Mail: ebjorgum@usip.com

Attorneys for Plaintiff
KENT TWITCHELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT TWITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST COAST GENERAL CORP.; et al.,<br><br>　　　　Defendants. | Case No. CV 06-4857 FMC (RZx)<br><br>NOTICE OF SETTLEMENT |
| RELATED CROSS-CLAIMS. | |
| RELATED THIRD-PARTY CLAIMS. | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　Plaintiff, Kent Twitchell, through his counsel of record hereby gives notice of settlement to the Court and represents as follows:

　　1.　　All parties to this action have reached a settlement in principle, which when implemented is expected to result in the dismissal with prejudice of all claims, counterclaims, cross-claims and third party claims.

2. Counsel for Plaintiff has drafted a proposed settlement agreement and circulated it among all counsel. Because there are fourteen (14) parties to this case, represented by nine (9) separate counsel, Plaintiff respectfully submits that reaching final agreement on settlement documents is likely to take a longer period of time than may be the case when there are fewer parties and counsel involved.

3. The settlement contemplates the payment of money to Plaintiff by several different parties over a span of time that is expected to last about six months, with an understanding that dismissals as to each Defendant will be filed after receipt of that Defendant's respective settlement payment.

4. The settlement also contemplates that the Court will retain jurisdiction to enforce the terms of the settlement, which will include a period of time during which Plaintiff will be accorded access to the building on which the mural that is the subject of this lawsuit is located.

5. Accordingly, Plaintiff requests that the Court not dismiss this action at this time, but retain jurisdiction to enforce the settlement and to allow dismissals with respect to each Defendant to be filed when each Defendant's respective settlement payment has been received.

6. Plaintiff requests that all dates on the Court's calendar be vacated.

Dated: February 12, 2008

Respectfully submitted,

SHELDON MAK ROSE & ANDERSON PC

By: _____
William J. Brutocao

Attorneys for Plaintiff
KENT TWITCHELL

**PROOF OF SERVICE**
CCP §§ 1013, 1013a  (New January 1, 2005)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was over 18 years of age and **not a party to this action**.

2. My business address is: 100 East Corson Street, Third Floor, Pasadena, CA 91103.

3. On February 12, 2008, I served the following document(s):

**NOTICE OF SETTLEMENT**

___ The documents are listed on Attachment "A."

4. I served the documents on the **persons** below, as follows:

   a. **Name** of person served:

   b. **Address** of person served:

   c. **Fax Number** or **e-mail address** of person served, if service was by fax or e-mail:

   d. Time of service, if personal service was used:

   _X_ The names, addresses, and other applicable information about the persons served is on Attachment "B."

The documents were served by the following means (specify):

   a. ___ **By personal service.** I personally delivered the documents to the persons at the addresses listed in Item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

   b. **X** **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in Item 4 and (specify one):

   (1) ___ **deposited** the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) **X** **placed** the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Pasadena, California.

   c. ___ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in Item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in Item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in Item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ___ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in Item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

g. **X** **By E-FILING.** Pursuant to Central District of California court order this case is designated for E-Filing as of November 1, 2007. The document will be so E-Filed and a "Notification of E-Filing" will be e-mailed by the Court to all registered attorneys.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I further declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on February 12, 2008 at Pasadena, California.

*/s/ Donald K. Piper*
Donald K. Piper

### DECLARATION OF MESSENGER

**X** **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in Item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on (date): January 29, 2008

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 12, 2008 at Los Angeles, California.

_____   _____
(Name of Declarant)         (Signature of Declarant)

<u>Kent Twitchell v. West Coast General Corp., *et al.*</u>
U.S.D.C. - C.D. California, Case No. CV 06-4857 FMC (RZx)

## ATTACHMENT "B" TO PROOF OF SERVICE

**NAMES, ADDRESSES, AND OTHER APPLICABLE INFORMATION ABOUT PERSONS SERVED:**

| Name of Person Served | Address (business or residential), Fax, or E-mail (as applicable) Where Served | Party Represented /Manner of Service |
|---|---|---|
| Jason R. Thornton, Esq.<br>Justin M. Stoger, Esq. | MARKS, GOLIA & FINCH, LLP<br>3900 Harney Street, First Floor<br>San Diego, California 92110-2825<br>Fax: (619) 293-7362<br>jthornton@mgfllp.com<br>jstoger@mgfllp.com | Defendants West Coast General Corp., Southern California Contractors, Inc. and Robert Blew<br><br>**U.S. Mail** |
| Henry H. Oh, Esq. | DLA PIPER US LLP<br>550 South Hope Street, Suite 2300<br>Los Angeles, California 90071-2631<br>Fax: (213) 330-7701<br>henry.oh@dlapiper.com | Defendants Young Women's Christian Association of Greater Los Angeles, California and John Fraley<br><br>**U.S. Mail** |
| Steven H. Schwartz, Esq.<br>Noel E. Macaulay, Esq. | SCHWARTZ & JANZEN, LLP<br>12100 Wilshire Boulevard, Ste. 1125<br>Los Angeles, California 90025-7117<br>Fax: (310) 207-3344<br>sschwartz@sj-law.com | Defendant PB Dewberry, A Parsons Brinkerhoff Dewberry Design Group Joint Venture<br><br>**U.S. Mail** |
| Thomas P. O'Brien, Esq.<br>Leon W. Weidman, Esq.<br>Russell W. Chittenden, Esq. | OFFICE OF THE U.S. ATTORNEY<br>Room 7516, Federal Building<br>300 North Los Angeles Street<br>Los Angeles, California 90012<br>Fax: (213) 894-7819<br>russell.chittenden@usdoj.gov | Defendants United States of America and United States Department of Labor<br><br>**U.S. Mail** |
| Glenn M. Horan, Esq. | LAW OFFICES OF GLENN M. HORAN<br>650 Town Center Drive, Suite 1300<br>Costa Mesa, California 92626<br>Fax: (949) 644-5571<br>glennmhoran@yahoo.com | Defendant Castlerock Environmental, Inc.<br><br>**U.S. Mail** |
| John F. Ramey, Esq.<br>Bradley V. DeBlanc, Esq. | RAMEY & DeBLANC, LLP<br>6033 West Century Boulevard<br>Suite 1180<br>Los Angeles, California 90045<br>Fax: (310) 988-2440<br>john@rdllp.com<br>brad@rdllp.com | Defendant Saunders & McMillin, Inc.<br><br>**U.S. Mail** |

| Nicholas A. Cipiti, Esq.<br>Sage R. Knauft, Esq.<br>Wesley A. Tonel, Esq. | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP<br>1 City Boulevard West, Fifth Floor<br>Orange, California 92868-3677<br>Fax: (714) 634-0686<br>ncipiti@wfbm.com<br>sknaft@wfbm.com<br>wtonel@wfbm.com | Defendant Superior Wall Systems, Inc.<br><br>**U.S. Mail** |
|---|---|---|
| Theodore D. Levin, Esq.<br>Marilyn Muir Jager, Esq.<br>Christian A. Carrillo, Esq. | MORRIS POLICH & PURDY LLP<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, California 90017<br>Fax: (213) 488-1178<br>tlevin@mpplaw.com<br>mjager@mpplaw.com<br>ccarrillo@mpplaw.com | Defendants Delon Hampton & Associates, Chartered and Richard P. Wallace<br><br>**U.S. Mail** |