UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENT TWITCHELL,<br><br>         Plaintiff,<br><br>    v.<br><br>WEST COAST GENERAL CORP.; *et al.*,<br><br>         Defendants. | Case No. **2:06-cv-04857-FMC-RZx**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS UNITED STATES OF AMERICA AND UNITED STATES DEPARTMENT OF LABOR** |
| RELATED CROSS-CLAIMS. | |
| RELATED THIRD-PARTY CLAIMS. | |

IT IS HEREBY ORDERED that:

1. All claims by Plaintiff against Defendants UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF LABOR shall be and are hereby dismissed with prejudice.

///

2. Each party shall bear their own costs, expenses, and attorneys' fees.

3. The entire action is hereby dismissed with prejudice.

_____

Dated: November 14, 2008

Honorable Florence-Marie Cooper
United States District Court Judge